### Nairn v. Logan.

*Appeal from Dubuque District Court.*

Saturday, October 6.

Wright, J.—Petition to foreclose a mortgage. Demurrer to the petition for the reason that complainant's remedy was on the law and not on the equity side of the court. This demurrer was sustained. The question is the same as that decided in *Kramer* v. *Rebman*, 9 Iowa 114, and for the reasons there stated the judgment is reversed.